FILED
February 01, 2024
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL AUGUST MOORE,<br><br>    Defendant. | Case No.  2:24-mj-00011-AC<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  MICHAEL AUGUST MOORE ,

Case No.  2:24-mj-00011-AC , Charge  18 USC § 3583(e)(3), from custody for the following reasons:

___   Release on Personal Recognizance

___   Bail Posted in the Sum of $ _____

   ___   Unsecured Appearance Bond $ _____

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ___   (Other):  The defendants release is delayed until, 02/02/2024 at 8:00 AM.

Sacramento County Jail is further ORDERED to release the defendant with a 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on February 01, 2024, at 2:30 PM.

By:  *Allison Claire* (signature)